# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:13–bk–15107–DPC

ALICE CLARK  
PO BOX 2238  
CHINLE, AZ 86503  
SSAN: xxx–xx–6266  
EIN:

Chapter: 7

Debtor(s)

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On September 30, 2021, an application was filed for the Claimant(s), Dilks & Knopik, LLC, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a).

The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly,

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $6,022.14 held in the unclaimed funds be made payable to the Claimant(s) **Dilks & Knopik, LLC** and be disbursed at the following address:

**DILKS AND KNOPIK, LLC**  
**AS ASSIGNEE TO BRIANICA BAHE**  
**35308 SE CENTER STREET**  
**SNOQUALMIE, WA 98065**

Date: 10/15/21